**IT IS ORDERED as set forth below:**



**Date: December 2, 2020**

*Susan D. Barrett*
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: )
)
SHAUN J GILBERT ) CHAPTER 13 19-11124-SDB
)
DEBTOR )

ORDER ON MOTION TO ALLOW LATE CLAIM OF TITLEBUCKS

The Motion to Allow Late Claim of TITLEBUCKS having been read and considered; and it appearing to the Court that TITLEBUCKS having been served with copies of said motion and no objections having been filed, Debtor's Motion is hereby granted; and

IT IS HEREBY ORDERED that Claim #9 of TITLEBUCKS for a secured claim in the amount of $4,004.00 at 5.25% interest is allowed.

[END DOCUMENT]

Presented by:
/s/ Angela McElroy-Magruder
Angela McElroy-Magruder
GA Bar No. 113625        Attorney for Debtor
CLAEYS, MCELROY-MAGRUDER & KITCHENS
512 Telfair Street
Augusta, GA 30901

Consented By:

Attorney for Trubuck Carpenter
GA Bar No. Attorney for Chapter 13
Trustee Huon Le
GA. Bar No. 341438
570 James Brown Blvd.
Augusta, GA 30901
(706) 828-7431
FredCarpenter@chp13aug.org